UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY CONNER, Individually and as the representative of a class of similarly situated persons,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PARKWOOD ENTERTAINMENT LLC,<br>　　　　　　　　　　　　Defendant. | Case No: 1:19-cv-00053-ER<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Parkwood Entertainment, LLC certifies as follows:

　　　　Parkwood Entertainment, LLC is a privately owned limited liability company that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:　January 23, 2019
　　　　　　Los Angeles, California

LATHAM & WATKINS LLP

By:　/s/  Marvin S. Putnam
　　　Marvin S. Putnam
　　　Laura R. Washington (*pro hac vice* forthcoming)
　　　Nima H. Mohebbi (*pro hac vice* forthcoming)

10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone: 424.653.5500
Facsimile: 424.653.5501
Email: marvin.putnam@lw.com

*Attorneys for Defendant*
*Parkwood Entertainment, LLC*