UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY CONNER, Individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PARKWOOD ENTERTAINMENT LLC,<br><br>Defendant. | Case No: 1:19-cv-00053-ER |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Mary Conner, by her attorneys, and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice and without costs, disbursements or attorney's fees to either party as against the other, of the above-referenced matter against Parkwood Entertainment, LLC and requests that the case be closed.

SHAKED LAW GROUP, P.C.

Date: March 27, 2019        By: _____

Dan Shaked, Esq.
Attorney for Plaintiff
44 Court Street, Suite 1217
Brooklyn, NY 11201
Telephone: (917) 373-9128
shakedlawgroup@gmail.com